**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Anthony Joshua Matos Diaz,
Petitioner,
v.
Eric Rokosky,
Respondent.

No. CV-26-03035-PHX-KML

**ORDER**

On July 16, 2026, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R"). (Doc. 13.) The R&R recommends the court dismiss without prejudice the petition for writ of habeas corpus. (Doc. 13 at 4.) The parties had fourteen days to file objections, but none were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED**. The petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

/
/
/
/
/

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of respondent and close this case.

Dated this 20th day of August, 2026.

Honorable Krissa M. Lanham
United States District Judge